# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **MATTHEW R. PICARD,** <br><br> Defendant. | PO-15-5045-BLG-CSO <br> Violation No. L0211465 <br><br> Location Code:   M31 <br><br> ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that motion (*ECF 8*) is GRANTED and that Violation Notice L0211465, issued to Matthew R. Picard on July 4, 2015, is dismissed with prejudice.

DATED this 19th day of January, 2016.

/s/ Carolyn S. Ostby
United States Magistrate Judge